Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants ESKANOS & ALDER, P.C., IRWIN ESKANOS, JEROME
YALON & ARROW FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AMBRIZ, | Case No.: CV 07-5423 JFW (SSx) |
| Plaintiff, | **DECLARATION OF STEPHEN TURNER IN SUPPORT OF OPPOSITION TO MOTION FOR ATTORNEY'S FEES** |
| v. | |
| ARROW FINANCIAL SERVICES, LLC., ESKANOS & ADLER, a Professional Corporation, JERMONE YALON, IRWIN J. ESKANOS, | DATE:       May 19, 2008 TIME:        1:30 JUDGE:    John F. Walter |
| Defendants. | |

I, Stephen Turner, declare that:

1.      I am an attorney duly licensed to practice in all of the courts in the State of California, and I am admitted to practice before the United States District Court for the Central District of California.  I am a partner with the law firm of Lewis Brisbois Bisgaard & Smith, LLP.  I have personal knowledge of the facts contained in this declaration, unless stated upon information and belief and can testify competently as to facts set forth herein if called upon to do so.

2.      I have practiced extensively in the area of Fair Debt Collection Practices Act ("FDCPA") and Fair Credit Reporting Act ("FCRA") for over 10 years.  I have handled over 700 cases involving alleged violations of the FDCPA and related statutes.

- 1 -

1  I have handled cases in all aspects of litigation including trials and appeals.

2        3.    I obtained my undergraduate degree from the University of California,

3  Davis. I obtained a juris doctor degree from University of Southern California, School

4  of law in 1979.  For 8 years I was a partner in the firm Carlson, Messer and Turner

5  located in Los Angeles, California.  In 2006 I left that firm and to join Lewis Brisbois

6  Bisgaard & Smith as a partner in its Los Angeles office.  Lewis Brisbois is a nationwide

7  firm with over 600 attorneys and offices in Atlanta, Chicago, Fort Lauderdale,

8  Lafayette, Las Vegas, Los Angeles, New Orleans, New York, Orange County, Phoenix,

9  Sacramento, San Bernardino, San Diego, San Francisco, Tampa and Tucson.  I am the

10  national co-chair of the firm's Consumer Litigation and Financial Services Group.

11        4.    FDCPA defense is one of the primary focus areas of my practice and I have

12  developed an expertise in such cases.  Both with Carlson Messer and Turner and now at

13  my current firm, I have obtained numerous published decisions from District Court's

14  throughout California including the Central District and from the Ninth Circuit Court of

15  Appeals.

16        5.    Over the past 10 years I have written numerous articles on various issues

17  related to the FDCPA.  I am frequently asked to give presentations by organizations

18  such as the American Collectors Association and the California Association of

19  Collectors.

20        6.    I am regularly retained by both private clients and insurance companies to

21  represent defendants in FDCPA cases throughout California and in Nevada.

22        7.    I am personally familiar with the competence, as well as the customary

23  billing rates, of the attorneys who routinely handle debt collection related cases under

24  the FDCPA in California.  For my services I currently charge my clients between $190

25  and $290 per hour.  Based upon my personal experience this is the "market rate"

26  charged per hour for this type of work in the Central District of California and which I

27  am actually paid by my clients.

28        8.    My knowledge of customary billing rates in the California, including the

- 2 -

Central District of California, is based on (1) the billing rates I am personally able to obtain to litigate cases in these areas, (2) the billing rates that Carlson Messer and Turner attorneys in Los Angeles were able to charge clients to litigate cases in the Southern California, (3) the billing rates that Lewis Brisbois attorneys in Los Angeles are able to obtain and be paid to litigate cases in the Southern California, (4) my personal discussions with clients and other business persons regarding hourly rates they are willing to pay attorneys throughout California including the Los Angeles area on an hourly basis, (5) my personal discussions with other attorneys whom perform FDCPA work, regarding hourly rates they are paid in the California including the Central District of California. I also base my opinion regarding reasonable market rates for the services provided on contested fee applications I have reviewed, in which I have participated and court orders awarding attorneys' fees that I have read.

9.     I am familiar with both Mr. Stempler and Mr. Trueblood and have litigated cases against them. In fact, I recently had cause to depose Mr. Trueblood in connection with his representation of a debtor in the case of *Valdez v. Capital One, et al.*, Los Angeles Superior Court No. BC 363338. I have reviewed the complaint in this action as well as the notice of settlement and the Court's docket. I note that there have been no Court appearances, no motions and minimal legal work performed in this case. The complaint reveals that this is a non-complex and straightforward FDCPA case that does not involve any new, or extraordinary legal issues. Based on all of the factors I have identified above and the actual case at hand, an appropriate hourly rate for the type of work performed on this case should normally be less than $300 and should involve one attorney – billing at an associate level. My opinion is based on the actual market rates which I know are paid for these types of cases, as opposed to plaintiff's counsel merely "setting a rate" which no client is ever asked to pay and which no client ever actually agrees to pay.

10.     Based upon my experience in the area of FDCPA litigation, and my personal review and knowledge of this case, in my opinion, I believe that the reasonable

1   market rate for the legal services provided to plaintiff in this action was in the $250

2   range. This is based on the following facts:

3        (a)    Most FDCPA cases are simple rather than complex, and the

4   reasonable fees awarded in FDCPA cases involving contested motions are often as little

5   as $5,000-$7,000.

6        (b)    From my research and survey of FDCPA cases around the country

7   and based on my experiences in the Northern, Central, Eastern and Southern District of

8   California, the average hourly rates awarded in non-complex FDCPA cases such as this

9   one is approximately $200 to $250 per hour, even where the case is venued in a District

10  Court where hourly market rates are somewhat higher than normal, such as New York

11  or here in Los Angeles.

12       (c)    The hourly rates paid to me by my actual clients ranges from $190 to

13  $290 per hour.   These hourly rates are fairly commensurate with the average hourly

14  rates paid by clients of my firm for litigation services of this type.   FDCPA cases tend

15  to be, on average, on the lower end of this scale.

16       (d)    The services provided by plaintiff's counsel in this case are not

17  actually determined by clients, or the marketplace, as being worth $350 - $495 per hour.

18  Instead the rates are arbitrarily set by plaintiff's counsel at whatever contingency level

19  they desire.

20       I declare under penalty of perjury under the laws of the State of California that the

21  foregoing is true and correct and that this Declaration was executed on this 5th day May

22  2008, at Los Angeles, California.

23

24                      Stephen Turner

25

26

27

28

- 4 -

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On May 5, 2008, I served the following document(s) on the parties in the within action:

**DECLARATION OF STEPHEN TURNER**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Alexander B. Trueblood<br>TRUEBLOOD LAW FIRM<br>10940 Wilshire Boulevard<br>Suite 1600<br>Los Angeles, CA 90024 | Attorneys for<br>Plaintiff Cesar Ambriz |
| Robert Stempler<br>Consumer & Tax Law Office<br>3400 Inland Empire Blvd., Suite 101<br>Ontario, CA 91764 | Attorneys for<br>Plaintiff, Cesar Ambriz |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 5, 2008.

By
Jennifer E. Mueller

-5-

DECLARATION OF STEPHEN TURNER